

FILED

FEB – 6 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
                    Plaintiff, )
)4 : 13CR000046  CEJ/TCM
)
v. ) No.
)
MALCOLM JOHNSON, )
)
                  Defendant. )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about July 21, 2010, in the City of St. Louis, within the Eastern District of Missouri,

**MALCOLM JOHNSON,**

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity

of heroin, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title

21, United States Code, Section 841(b)(1)(C).

### COUNT II

The Grand Jury further charges that:

On or about July 21, 2010, in the City of St. Louis, within the Eastern District of

Missouri,

**MALCOLM JOHNSON,**

the defendant herein, did knowingly and intentionally possess with intent to distribute a quantity

of marijuana, a Schedule I controlled substance drug.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(D).

## COUNT III

The Grand Jury charges that:

On or about July 21, 2010, in the City of St. Louis, within the Eastern District of Missouri,

**MALCOLM JOHNSON,**

the defendant herein, did knowingly possess a firearm in furtherance of drug-trafficking crimes which may be prosecuted in a Court of the United States; to wit: possession with intent to distribute heroin, as charged in Count I herein; and possession with intent to distribute marijuana, as charged in Count II herein.

In violation of Title 18, United States Code, Section 924(c)(1).


A TRUE BILL.


_____

FOREPERSON


RICHARD G. CALLAHAN
United States Attorney


_____

CRISTIAN M. STEVENS #48028MO
Assistant United States Attorney